UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE DERUSHA,<br>      Plaintiff,<br><br>v.<br><br>MASSHEALTH ENROLLMENT<br>CENTER, ET AL.,<br>      Defendants. | **CIVIL ACTION**<br>No. 23-40076-TSH |

ORDER

HILLMAN, J.

By Memorandum and Order dated September 29, 2023, the Court granted Laurie Derusha's motion for leave to proceed *in forma pauperis* and advised her of the various legal impediments to her claims. Docket No. 4. The Court's Memorandum and Order advised Derusha that if she wished to proceed in this matter, she must file an amended complaint on or before October 27, 2023. *Id.* Derusha has not responded to the Court's Memorandum and Order and the time to do so has expired.

Based upon the foregoing, and in accordance with the Court's September 29, 2023 Memorandum and Order, this is action is dismissed without prejudice. The Clerk shall enter a separate Order of Dismissal.

SO ORDERED.

November 3, 2023                                               /s/ Timothy S. Hillman
DATE                                                                   UNITED STATES DISTRICT JUDGE